**E-Filed 1/14/08**

| | |
|---|---|
| 1 | Edward D. Johnson (SBN 189475) |
|   | wjohnson@mayerbrown.com |
| 2 | Donald M. Falk (SBN 150256) |
|   | dfalk@mayerbrown.com |
| 3 | Eric B. Evans (SBN 232476) |
|   | eevans@mayerbrown.com |
| 4 | MAYER BROWN LLP |
|   | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
|   | Palo Alto, CA  94306-2112 |
| 6 | Telephone: (650) 331-2000 |
|   | Facsimile:  (650) 331-2060 |

Alan Blankenheimer (SBN 218713)
 ablankenheimer@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Dr 6th Fl
San Diego, CA  92122
Telephone: (858) 678-1801
Facsimile: (858) 678-1601

Attorneys for Defendant
DTS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ZORAN CORPORATION,

        Plaintiff,

  v.

DTS, INC.,

        Defendant.

Case No. 08-CV-4655 JF (HRLx)

ORDER APPROVING **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS AND COMPEL ARBITRATION**

[~~PROPOSED~~] ORDER

**[PURSUANT TO CIV. L.R. 6-2, 7-12 & 16-2(d)]**

Judge: Honorable Jeremy Fogel

STIPULATED REQUEST FOR ORDER CHANGING TIME & [PROPOSED] ORDER
CASE NO. 08-CV-4655 JF (HRLx)

44051930

| | |
|---|---|
| 1 | **STIPULATED REQUEST FOR ORDER CHANGING TIME & [PROPOSED] ORDER** |
| 2 | Pursuant to Civil L.R. 6-2, 7-12 & 16-2(d), Plaintiffs Zoran Corporation ("Zoran") and |
| 3 | Defendant DTS, Inc. ("DTS"), hereby make this stipulated request that this Court adjourn the |
| 4 | case management conference and related dates scheduled under the Order Setting Initial Case |
| 5 | Management Conference and ADR Deadlines ("Order," dkt. no. 3), as amended by the Clerk's |
| 6 | Notice of Impending Reassignment to a United States District Judge ("Notice," dkt. no. 6), |
| 7 | pending resolution of DTS's motion to dismiss and compel arbitration. |
| 8 | WHEREAS: |
| 9 | (1) the Order, entered October 8, 2008, set the Initial Case Management Conference |
| 10 | ("Initial CMC") before Magistrate Judge Lloyd for Tuesday, February 3, 2009, with related |
| 11 | deadlines based thereon and provided that if the Initial CMC were continued "the other deadlines |
| 12 | are continued accordingly"; |
| 13 | (2) the Notice, entered October 10, 2008, stated that the Initial CMC, "which was |
| 14 | previously set for February 3, 2009 before the Honorable Judge Howard R. Lloyd has been |
| 15 | continued to February 6, 2009 at 10:30 a.m., before the Honorable Judge Jeremy Fogel"; |
| 16 | (3) the Notice also stated that the parties' joint Case Management Conference statement |
| 17 | is due January 30, 2009; |
| 18 | (4) on October 29, 2008, DTS filed a motion to dismiss and compel arbitration; |
| 19 | (5) DTS's motion to dismiss and compel arbitration came on for hearing on December |
| 20 | 19, 2008; |
| 21 | (6) at the conclusion of the hearing, the Court took DTS's motion to dismiss and compel |
| 22 | arbitration under submission; |
| 23 | (7) the case management deadlines set in the Order and Notice are approaching, but |
| 24 | DTS's motion to dismiss and compel arbitration is still pending; and |
| 25 | (8) the only previous time modifications in the case are those imposed by Court order in |
| 26 | the Notice. |
| 27 | /// |
| 28 | /// |

Zoran and DTS therefore hereby stipulate and request that the Court issue an order as follows:

(1) the Initial Case Management Conference, previously scheduled for February 6, 2009, is hereby adjourned until March 20, 2009, with all other dates scheduled in the Order and Notice continued as called for under the Civil Local Rules and ADR Local Rules, with (a) the last day to meet and confer on discovery, disclosures, and ADR and to file ADR document being February 27, 2009 pursuant to Civil L.R. 16-8 & ADR L.R. 3-5; and (b) the last day to file a file a Rule 26(f) report and Case Management Statement being March 13, 2009 pursuant to FED. R. CIV. P. 26(a)(1) & Civil L.R. 16-9.

(2) nothing in this stipulation and order shall limit any party's right to seek (a) a further adjournment of the Initial Case Management Conference and related dates; or (b) appropriate relief following entry of the Court's order on DTS's motion to dismiss and compel arbitration.

Dated: January 13, 2009  
        Palo Alto, California

RESPECTFULLY SUBMITTED,

MAYER BROWN LLP

By: /s/ Edward D. Johnson  
    Edward D. Johnson  
Attorneys for Defendant DTS, INC.

Dated: January 13, 2009  
        San Diego, California

RESPECTFULLY SUBMITTED,

DLA PIPER LLP

By: /s/ Mark H. Hamer  
    Mark H. Hamer  
Attorneys for Plaintiff ZORAN CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/14/09

Hon. Jeremy Fogel  
U.S. District Judge

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*