MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
MICHAEL G. SCHWARTZ (Bar No. 197010)
michael.schwartz@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

JEFFREY M. SHOHET (Bar No. 067529)
jeffrey.shohet@dlapiper.com
MARK H. HAMER (Bar No. 156997)
mark.hamer@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff
ZORAN CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZORAN CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DTS, INC.,<br><br>　　　　Defendant. | CASE NO. 08-CV-4655 JF (HRLx)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Jeremy Fogel |

1. The parties by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: June 22, 2009

_____
Alan H. Blankenheimer
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858-678-1800
*Attorneys for Petitioner/Appellant*
*DTS, INC.*

Dated: June 22, 2009

_____
Michael G. Schwartz
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 833-2000
*Attorneys for Plaintiff*
*ZORAN CORPORATION*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 23, 2009

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE/CASE NO. 08-CV-4655 JF (HRLx)